IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1137-JLK**

**HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation, individually and as subrogee of EDWIN C. PATTEN, SR.,**

    Plaintiff,

v.

**LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Unopposed Motion to Withdraw as Counsel for Defendant (doc. #24), filed October 19, 2006, is GRANTED. Katherine E. Condit is permitted to withdraw as counsel for defendant.

Dated:  October 20, 2006