**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: **04-cv-1137-JLK**

HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation, individually and as subrogee of EDWIN C. PATTEN, SR.

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS COURT**, has reviewed the Stipulation for Dismissal With Prejudice (doc. #30), filed December 8, 2006. The Stipulation is approved. It is,

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. All claims made or which could have been made by Plaintiff against Defendant are hereby dismissed, each party to bear its own costs and attorneys' fees.

**DATED** this 8th day of December, 2006.

                        **BY THE COURT**:

                        s/John L. Kane
                        John L. Kane, Senior Judge
                        United States District Court